—————o—————

## No. 4114.

(Court of Appeal, Parish of Orleans.)

## JOSEPH KLEIN, CORRESPONDING AND FINANCIAL SECRETARY, ETC., vs. HENRY HUTTY.

This suit kindred to Joseph Klein, Cor. and Fin. Secty. etc., vs. Chas. Anderson, decided this day. The doctrine therein announced is affirmed.

Appeal from First City Court, Division "B."

John C. Wickliffe, for Plaintiff and Appellant.

Robert Legier, W. L. Gleason, for Defendant and Appellee.

ESTOPINAL, J. This suit is kindred to the suit of Joseph Klein, Cor. and Fin. Secty. & c., vs. Anderson, No. 4115, and this day decided by us.

For the reasons therein assigned the judgment appealed from, which was in favor of defendant and against plaintiff, is reversed and the case remanded to be tried on the merits.